**IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00450-JRG |
| vs. | § § | LEAD CASE |
| CITIBANK NA | § § | |
| Defendant. | § § | |
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00600-JRG |
| vs. | § § | CONSOLIDATED CASE |
| NETGEAR, INC. | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Symbology Innovations, LLC's motion to dismiss without prejudice Defendant NETGEAR, INC. pursuant to Fed. R. Civ. P. 41(a) (Dkt. No. 135).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant NETGEAR, INC.. are dismissed without prejudice, with each party to bear its own fees and costs.

**So Ordered this**
**Nov 30, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE